KEVIN J. GRAY, ESQ. (SBN 142685)
kgray@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (415) 785-3165

Attorneys for Defendant
J H B TRUCKING INC.

# IN THE UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>J H B TRUCKING INC.,<br><br>Defendant. | Case No. 2:21-CV-01285-TLN-CKD<br><br>Assigned to the Honorable Troy L. Nunley<br><br>**STIPULATION TO SET ASIDE DEFAULT AND ORDER**<br><br><br>Complaint Filed:  July 22, 2021<br>Trial Date:         Not assigned. |

It is hereby stipulated between Plaintiff VALLEY NATIONAL BANK, represented by C. TODD NORRIS, ESQ., and Defendant, J H B TRUCKING INC., represented by KEVIN J. GRAY, ESQ., that Plaintiff's Request for Entry of Default, entered on September 17, 2021, be set aside and defendant, J H B TRUCKING INC, be allowed to file its Answer. The parties have agreed that three (3) days following the Court's signing and entering the Order below is a reasonable and sufficient time within which to file J H B TRUCKING INC's Answer.

| | |
|---|---|
| Dated: December 6, 2021 | TYSON & MENDES, LLP |
| | By /s/ Kevin J. Gray |
| | KEVIN J. GRAY<br>Attorney for Defendant<br>J H B TRUCKING INC |

Plaintiff consents to an order setting aside the default.

| | |
|---|---|
| Date: December 6, 2021 | DUANE MORRIS LLP |
| | By /s/ C. Todd Norris |
| | C. TODD NORRIS, ESQ.<br>Attorney for Plaintiff<br>VALLEY NATIONAL BANK |

## ORDER

GOOD CAUSE APPEARING, the default entered against defendant J H B TRUCKING INC is set aside. Defendant has three (3) days to file and serve its Answer from the signing and filing of this Order setting aside the default.

Dated: December 7, 2021

Troy L. Nunley
United States District Judge