KEVIN J. GRAY, ESQ. (SBN 142685)
kgray@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (415) 785-3165

Attorneys for Defendant/Counterclaimant/Third Party Plaintiff
J H B TRUCKING INC.

## IN THE UNITED STATED DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK, | Case No. 2:21-CV-01285-TLN-CKD |
| Plaintiff, | Assigned to Honorable Troy L. Nunley |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS** |
| J H B TRUCKING INC., | |
| Defendant. | |

J H B TRUCKING INC.,

     Counterclaimant,

vs.

VALLEY NATIONAL BANK,

     Counter-Defendant.

J H B TRUCKING INC.,

     Third-Party Plaintiff,

vs.

MST INSURANCE SERVICES, INC. and
GLOBAL CENTURY INSURANCE
BROKERS, INC.;

     Third-Party Defendants.

COMES NOW, Plaintiff and Counter-Defendant VALLEY NATIONAL BANK (hereinafter "Plaintiff") and Defendant/Counterclaimant/Third-Party Plaintiff J H B TRUCKING INC., (hereinafter "Defendant"), by and through their respective attorneys of record, hereby stipulate and agree to continue the hearing date on Plaintiff's Motion to Dismiss, set for hearing on February 10, 2022 at 2 p.m., and modify the briefing schedule as follows:

IT IS HEREBY STIPULATED AND AGREED that the hearing date on the instant Motion, currently set for February 10, 2022 at 2 p.m., should be continued and rescheduled to the next available hearing date that is at least two (2) weeks after the current February 10th hearing date.

IT IS FURTHER STIPULATED AND AGREED that Defendant's Opposition to the Motion to Dismiss shall be due fourteen (14) days prior to the new scheduled hearing date, and Plaintiff's Reply in Support of their Motion shall be due seven (7) days prior to the new scheduled hearing date.

IT IS SO STIPULATED

Dated this 26th Day of January 2022

**DUANE MORRIS LLP**

/s/
_____
By: C. Todd Norris, Esq.
    Michael R. Garcia, Esq.
    Spear Tower
    One Market Plaza, Suite 2200
    San Francisco, CA 94105
    *Attorneys for Plaintiff*
    *Valley National Bank*

Dated this 26th Day of January 2022

**TYSON & MENDES LLP**

/s/
_____
By: Kevin J. Gray, Esq.
    371 Bel Marin Keys Blvd., Ste 100
    Novato, CA 94949
    *Attorneys for Defendant*
    *J H B TRUCKING INC.*

1

## <u>ORDER</u>

2

     **IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion to Dismiss, currently

3

scheduled for February 10, 2022 at 2:00 p.m. is hereby VACATED and RESET to February 24,

4

2022 at 2:00 p.m.

5

6

     **IT IS FURTHER ORDERED** that Defendant's Opposition to the Motion to Dismiss shall

7

be due fourteen (14) days prior to the new scheduled hearing date, and Plaintiff's Reply in Support

8

of their Motion shall be due seven (7) days prior to the new scheduled hearing date.

9

10

     **IT IS SO ORDERED.**

11

DATED:  January 27, 2022

12

                                            Troy L. Nunley
                                        United States District Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER TO CONTINUE HEARING ON MOTION TO DISMISS
-- CASE NO. 2:21-CV-01285-TLN-CKD