Dominic G. Flamiano (SBN 142445)
NORCAL LOGISTICS LAWYERS GROUP, PC
2575 Collier Canyon Road
Livermore, CA  94551
Telephone:  (415) 710-6765
Facsimile:    (925) 293-0226
Email: dominic@domflamlaw.com

Attorney for Third-Party Defendant
MST Insurance Services, Inc.

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK, | **CASE NO. 2:21-cv-01285-TLN-CKD** |
| PLAINTIFF, <br> v. | Assigned to Honorable Troy L. Nunley |
| J H B TRUCKING INC, | STIPULATION TO SET ASIDE DEFAULT AND ORDER |
| DEFENDANT. | Complaint filed: July 22, 2021 <br> Trial: |
| J H B TRUCKING INC, | |
| COUNTERCLAIMANT, <br> v. | |
| VALLEY NATIONAL BANK, | |
| COUNTER-DEFENDANT. | |
| J H B TRUCKING INC, | |
| THIRD-PARTY PLAINTIFF, <br> v. | |
| MST INSURANCE SERVICES INC AND GLOBAL CENTURY INSURANCE BROKERS, INC., | |
| Third-Party Defendants. | |

1

**STIPULATION TO SET ASIDE DEFAULT AND ORDER**

It is hereby stipulated between Third-Party Plaintiff J H B TRUCKING INC, represented by Kevin Gray, Esq., and Third-Party Defendant MST INSURANCE SERVICES INC., represented by Dominic G. Flamiano, Esq., and that Third-Party Plaintiff's Request for Entry of Default, entered on March 15, 2022, be set aside and that Third-Party Defendant MST INSURANCE SERVICES, INC., be allowed to file its Answer.  The parties have agreed that three (3) days following the Court's signing and entering the Order below is a reasonable and sufficient time within which to file MST INSURANCE SERVICES, INC.'s Answer.

Dated:  March 31, 2022            NorCal Logistics Lawyers Group, P.C.

                                  By: _____/s/_____
                                      Dominic G. Flamiano
                                      Attorney for Third-Party Defendant
                                      MST Insurance Services, Inc.

Third-Party Plaintiff consents to an order setting aside default.

Dated:    April 28, 2022          TYSON & MENDES, LLP

                                  By: _____/s/_____
                                      Kevin Gray
                                      Attorney for Third-Party Plaintiff
                                      J H B TRUCKING INC

**ORDER**

GOOD CAUSE APPEARING, the default entered against Third-Party Defendant MST INSURANCE SERVICES, INC. is set aside. Third-Party Defendant has three (3) days to file and serve its Answer from the signing and filing of this Order setting aside default

Dated: May 2, 2022

                                  _____
                                  Troy L. Nunley
                                  United States District Judge