C. Todd Norris (SBN 181337)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, CA 94105-1127
Telephone: +1 415-957-3000
Fax +1 415-957-3001
E-mail   ctnorris@duanemorris.com

Attorneys for Plaintiff
*Valley National Bank*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>    Plaintiff,<br><br>vs.<br><br>J H B TRUCKING INC.,<br><br>    Defendant.<br><hr>J H B TRUCKING INC.,<br><br>    Counterclaimant,<br><br>vs.<br><br>VALLEY NATIONAL BANK,<br><br>    Counter-Defendant.<br><hr>J H B TRUCKING INC.,<br><br>    Third-Party Plaintiff,<br><br>vs.<br><br>MST INSURANCE SERVICES INC and GLOBAL CENTURY INSURANCE BROKERS, INC.,<br><br>    Third-Party Defendants. | Case No. 2:21-cv-01285-DJC-JDP<br><br>Assigned to Hon. Daniel J. Calabretta<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>**[FRCP 54(b)]**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: July 22, 2021<br>Trial Date:     Not assigned. |

DM1\16471154.1               1      USDC CAED CASE NO. 2:21-cv-01285-DJC-JDP
                           JUDGMENT IN A CIVIL CASE

# JUDGMENT IN FAVOR OF
# VALLEY NATIONAL BANK AND AGAINST J H B TRUCKING INC.

This action came before the Court, Hon. District Judge Daniel J. Calabretta Presiding, on a Motion for Summary Judgment. The evidence presented by the parties having been fully considered, the issues having been fully briefed and considered, and a decision having been duly rendered pursuant to the Court's order filed and entered on March 19, 2025 (Docket No. 50), the Court further determines, pursuant to FRCP 54(b), that but for minor administrative activity, this case has effectively remained dormant since 2022, and that there exists no just reason to delay entry of judgment as to Plaintiff Valley National Bank and J H B Trucking Inc., all claims, rights and liabilities between these two parties having now been fully adjudicated.

ACCORDINGLY, IT IS ORDERED AND ADJUDGED that Plaintiff Valley National Bank take **$317,553.69** against Defendant J H B Trucking Inc. plus its allowable costs incurred herein.

JUDGMENT IS HEREBY ENTERED ACCORDINGLY.

Dated: May 23, 2025

*/s/ Daniel J. Calabretta*
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE