KEVIN J. GRAY, ESQ. (SBN 142685)
kgray@tysonmendes.com
LOUIS R. BARELLA, ESQ. (SBN 118003)
lbarella@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone: (628) 253-5070
Facsimile: (415) 785-3165

Attorneys for Defendant
J H B TRUCKING INC.

**IN THE UNITED STATED DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| VALLEY NATIONAL BANK,<br><br>    Plaintiff,<br><br>    v.<br><br>J H B TRUCKING INC.,<br><br>    Defendant. | Case No. 2:21-CV-01285-DJC-CKD<br><br>Assigned to Honorable Daniel J. Calabretta<br><br>**ORDER TO CONTINUE HEARING ON MOTION FOR ATTORNEYS' FEES AND COSTS, PURSUANT TO F.R.C.P. 54 (D)(2)**<br><br>Complaint Filed: July 22, 2021 |

1    **IT IS HEREBY ORDERED** that the hearing on Plaintiff's Motion for Attorneys' Fees
2    and Costs, Pursuant to F.R.C.P. 54 (d)(2), currently scheduled for August 7, 2025, at 1:30 p.m.
3    p.m. is hereby VACATED and RESET for December 4, 2025, at 1:30 p.m.
4    **IT IS FURTHER ORDERED** that Defendant's Opposition to the Motion for Attorneys'
5    Fees and Costs shall be due fourteen (14) days prior to the new scheduled hearing date, and
6    Plaintiff's Reply in Support of their Motion shall be due seven (7) days prior to the new
7    scheduled hearing date.
8    **IT IS SO ORDERED.**

10   Dated: July 3, 2025                    /s/ Daniel J. Calabretta
11                                          THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE