Dominic G. Flamiano (CSBN 142445)
**NorCal Logistics Lawyers Group, P.C.**
1450 Maria Lane, Suite 300
Walnut Creek, CA 94596
Telephone: (415) 710-6765
Email: dominicflamiano@domflamlaw.com

Attorney for Third-Party Defendant
MST Insurance Services, Inc.

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JHB TRUCKING INC.. | ) |
| | ) Case No.: 2:21-cv-01285-DJC-JDP |
| Third-Party Plaintiff, | ) |
| | ) ORDER MODIFYING SCHEDULING |
| v. | ) |
| | ) Action Filed:    7/21/2021 |
| MST INSURANCE SERVICES, INC., et al. | ) Trial Date:      2/22/2021 |
| | ) Judge:          Hon. Daniel J. Calabretta |
| Third-Party Defendants. | ) |
| | ) |
| | ) |

This [Proposed] Order is approved as to form by parties' counsel

Dated:  February 5, 2026            Tyson Mendes

                                    By:   /s/ Louis R. Barella
                                       Louis R. Barella

                                    Attorneys for Third-Party Plaintiff
                                    JHB Trucking, Inc.

Dated:  February 5, 2026            NorCal Logistics Lawyers Group, P.C.

                                    By:    /s/ Dominic G. Flamiano
                                       Dominic G. Flamiano

                                    Attorney for Third-Party Defendant
                                    MST Insurance Services, Inc.

The Parties Stipulation And Order To Modify The Scheduling Order, having been submitted and duly considered, AND GOOD CAUSE APPEARING, the Order is GRANTED, the Court's June 17, 2025 Scheduling Order is modified by adding 120 (one hundred and twenty) days from the dates in that Scheduling Order, as follows:

Discovery Deadlines:

A.      Fact Discovery:  6/8/2026

 B.      Expert Discovery:

        1. Initial Expert Disclosure: 7/6/2026

        2. Rebuttal Expert Disclosure: 8/3/2026

        3. Completion of Expert Discovery: 8/31/2026

C.      Motions

        1. Last day to file dispositive motion: 11/9/2026

        2. Last day to notice hearing: 12/17/2026

D.      Final Pretrial Conference:  4/8/2027 1:30 pm Courtroom 7

        1. Local Rule 281 compliant joint pretrial statement: no less than seven (7) days prior to Pretrial Conference. (4/2/2027).

E.      Jury Trial:  6/7/2027 8:30 a.m. Courtroom 7.

This Scheduling Order is final.

IT IS SO ORDERED.


Dated:  February 5, 2026                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE