DAVID J. FRANKENBERGER, ESQ. (SBN 186140)
dfrankenberger@tysonmendes.com
LOUIS R. BARELLA, ESQ. (SBN 118003)
lbarella@tysonmendes.com
TYSON & MENDES LLP
371 Bel Marin Keys Blvd., Suite 100
Novato, CA 94949
Telephone:     (628) 253-5070
Facsimile:     (628) 299-7764


Attorneys for Third Party Plaintiff,
JHB TRUCKING INC.


# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION


| | |
|---|---|
| JHB TRUCKING INC.. | ) Case No.: 2:21-cv-01285-DJC-JDP |
| Third-Party Plaintiff, | ) |
| | ) ORDER MODIFYING SCHEDULING |
| v. | ) |
| | ) Action Filed:    7/21/2021 |
| MST INSURANCE SERVICES, INC., et al. | ) Trial Date:       2/22/2021 |
| | ) Judge:           Hon. Daniel J. Calabretta |
| Third-Party Defendants. | ) |
| | ) |
| | ) |

This Proposed Order is approved as to form by parties' counsel

Dated:  May 6, 2026                    Tyson Mendes

By:  /s/ Louis R. Barella
Louis R. Barella

Attorneys for Third-Party Plaintiff
JHB Trucking, Inc.

Dated:  May 6, 2026                    NorCal Logistics Lawyers Group, P.C.

By:   /s/ Dominic G. Flamiano
Dominic G. Flamiano

Attorney for Third-Party Defendant
MST Insurance Services, Inc.

The Parties Stipulation and Order to Modify the Scheduling Order, having been submitted and duly considered, AND GOOD CAUSE APPEARING, the Order is GRANTED, the Court's February 6, 2026, Scheduling Order is modified by adding 120 (one hundred and twenty) days from the dates in that Scheduling Order, as follows:

Discovery Deadlines:

    A.    Fact Discovery:  October 6, 2026

    B.    Expert Discovery:

        1. Initial Expert Disclosure: November 3, 2026

        2. Rebuttal Expert Disclosure: December 1, 2026

        3. Completion of Expert Discovery: December 29, 2026

    C.    Motions

        1. Last day to file dispositive motion: March 9, 2027

        2. Last day to notice hearing: April 15, 2027, at 1:30 pm

    D.    Final Pretrial Conference:  August 5, 2027, at 1:30 pm Courtroom 7

        1. Local Rule 281 compliant joint pretrial statement: no less than seven (7) days prior to Pretrial Conference. (July 29, 2027).

    E.    Jury Trial:  October 4, 2027, at 8:30 a.m. Courtroom 7.

This Scheduling Order is final.

IT IS SO ORDERED.

Dated:  May 7, 2026        /s/ Daniel J. Calabretta
        THE HONORABLE DANIEL J. CALABRETTA
        UNITED STATES DISTRICT JUDGE