UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VALLEY NATIONAL BANK,

Plaintiff,

v.

JHB TRUCKING INC.,

Defendant.

No. 2:21-cv-01285-DJC-JDP

ORDER

On August 18, 2026, Defendant/Counter Claimant/Third-Party Plaintiff JHB Trucking Inc.'s Attorneys, filed a Motion to Withdraw as Attorney of Record. (ECF No. 85.) Counsel filed a declaration stating that the Motion was concurrently served on their client. (ECF No 85-1 ¶ 10.) To date, no opposition to the motion has been filed.

Upon review of the Motion, in the absence of opposition, the Court finds that the attorney-client relationship has broken down such that it is no longer possible for retained counsel to continue representing Defendant/Counter Claimant/Third-Party Plaintiff in this case. Consequently, good cause appearing, the Court GRANTS Counsel's Motion to Withdraw as Attorney of Record. (ECF No. 85.)

Within thirty (30) days of service of this order, Defendant/Counter Claimant/Third-Party Plaintiff JHB Trucking Inc. shall retain new counsel and new counsel shall file a notice of appearance in this case consistent with E.D. Cal. L.R.

182(a). Failure to do so will result in this action being referred to the assigned Magistrate Judge for all further proceedings, including dispositive and nondispositive motions and matters. See E.D. Cal. L.R. 302(c)(21). Defendant/Counter Claimant/Third-Party Plaintiff is warned that pursuant to Local Rule 183(a), corporations or other entities may only appear by an attorney.

Outgoing counsel shall serve a copy of this order on Defendant/Counter Claimant/Third-Party Plaintiff JHB Trucking at their last known address forthwith and shall thereafter file with the court a certificate of service attesting to such service. At such time as service is completed, Counsel's responsibility to represent Defendant/Counter Claimant/Third-Party Plaintiff will be terminated.

IT IS SO ORDERED.

Dated: **September 28, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE